**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| SAUL ALFREDO LUJAN-SUAREZ, a.k.a. Manuel Suarez-Suares, Petitioner, v. ERIC H. HOLDER, Jr., Attorney General, Respondent. | No. 11-72615 Agency No. A090-526-353 MEMORANDUM[*] |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted October 15, 2013[**]

Before:     FISHER, GOULD, and BYBEE, Circuit Judges.

Saul Alfredo Lujan-Suarez, a native and citizen of Mexico, petitions pro se

for review of an order of the Board of Immigration Appeals ("BIA") dismissing his

appeal from an immigration judge's order of removal.  We dismiss the petition for

review.

---

[*]     This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

[**]     The panel unanimously concludes this case is suitable for decision
without oral argument.  *See* Fed. R. App. P. 34(a)(2).

Lujan-Suarez does not challenge the BIA's determination that he is removable under 8 U.S.C. § 1227(a)(2)(C) due to his conviction for misconduct involving weapons under Arizona Revised Statutes § 13-3102. His removability on this basis limits our jurisdiction to constitutional claims and questions of law. *See* 8 U.S.C. § 1252(a)(2)(C)-(D).

Lujan-Suarez's assertion that he has resided in the United States since childhood is not a sufficiently colorable claim to invoke our jurisdiction under 8 U.S.C. § 1252(a)(2)(D). *See Martinez-Rosas v. Gonzales*, 424 F.3d 926, 930 (9th Cir. 2005) ("To be colorable in this context, the [question of law] need not be substantial, but the claim must have some possible validity." (citation and internal quotation marks omitted)).

**PETITION FOR REVIEW DISMISSED.**